■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JAMES WALLACE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRINITY REGARD, Appellant.—Judgment unanimously reversed on the law and superior court information dismissed. Memorandum: As the People concede, the superior court information charging defendant with grand larceny, fourth degree, was jurisdictionally defective because it did not charge the offense for which defendant was held for the Grand Jury *(see, People v Menchetti,* 154 AD2d 886). (Appeal from judgment of Oswego County Court, Auser, J.—grand larceny, fourth degree.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.

■■■ MICHAEL FERRARO, Appellant, v FINGER LAKES RACING ASSOCIATION, INC., Respondent. EDWARD J. BABCOCK et al., Appellants, v FINGER LAKES RACING ASSOCIATION, INC., et al., Respondents.—Order affirmed without costs. Memorandum: Upon our review of the record, we conclude that plaintiffs have failed to demonstrate a likelihood of ultimate success on the merits *(see, Newco Waste Sys. v Swartzenberg,* 125 AD2d 1004, 1005). Accordingly, Supreme Court did not abuse its discretion in denying the motion of each plaintiff for a preliminary injunction. (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—preliminary injunction.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.